FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 18, 2015

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURENCE LILJESTRAND, and the ESTATE OF DIANE M. LILJESTRAND,<br><br>                Plaintiffs,<br><br>          v.<br><br>GOOD SHEPHERD HEALTH CARE SYSTEM f/k/a GOOD SHEPHERD MEDICAL CENTER, an Oregon Corporation; and KANSAS CITY LIFE INS. CO, a Missouri Corporation,<br><br>                Defendants. | No.   2:14-CV-0329-SMJ<br><br><br>**ORDER DISMISSING CASE** |

On September 1, 2015, the parties filed a stipulated dismissal, ECF No. 17.

Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

1.    The parties' Stipulation for Order of Dismissal, **ECF No. 17**, is **GRANTED.**

2.    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3.    All hearings and other deadlines are **STRICKEN.**

ORDER **-** 1

1   **4.**   The Clerk's Office is directed to **CLOSE** this file.

2   **IT IS SO ORDERED.**   The Clerk's Office is directed to enter this Order

3   and provide copies to all counsel.

4   **DATED** this 18th day of September 2015.

5

6   _____
    SALVADOR MENDOZA, JR.
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

Q:\SMJ\Civil\2014\Liljestrand v Estate of Diane M Liljestrand-0329\ord stipdismiss lc1 docx

ORDER **-** 2